# UNITED STATES DISTRICT COURT
for the
District of Arizona

DOA
9-6-17

| | |
|---|---|
| United States of America<br>v.<br>Francisco Javier Arvizu-Otero,<br>a.k.a.: Francisco Javier Arvizu-Ortero,<br>a.k.a.: Martin Valenzuela Trevino,<br>a.k.a.: Martin Trevinovalenzuela,<br>(A090 623 860)<br>*Defendant* | Case No. 17-8387MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of September 6, 2017, in the County of Maricopa, in the District of Arizona, the defendant violated Title 8, U.S.C. § 1326(a), an offense described as follows:

Francisco Javier Arvizu-Otero, an alien, was found in the United States of America at or near Wickenburg, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about January 26, 2017, and not having obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1). I further state that I am a Deportation Officer.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

REVIEWED BY: Charles E. Bailey, P.S. for AUSA Kathy J. Lemke

☒ Continued on the attached sheet.

*Complainant's signature*

Gilbert V. Longoria,
Deportation Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: September 7, 2017

*Judge's signature*

John Z. Boyle,
United States Magistrate Judge
*Printed name and title*

City and state: Phoenix, Arizona

## STATEMENT OF PROBABLE CAUSE

I, Gilbert V. Longoria, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Deportation Officer with United States Immigration and Customs Enforcement (ICE). I have learned from direct participation in the investigation and from the reports and communications of other agents and officers the facts recited herein.

2. On September 6, 2017, the Department of Public Safety (DPS) encountered Francisco Javier Arvizu-Otero during a traffic stop, on Highway 96, near Wickenburg, Arizona. DPS Officer Walters suspected Arvizu-Otero to be an enforcement priority, illegally present in the United States, and contacted the Phoenix ICE Law Enforcement Agency Response Unit for assistance. ICE Officer R. Lemme telephonically interviewed Arvizu-Otero and determined him to be a citizen of Mexico, illegally present in the United States. On the same date, Arvizu-Otero was transported to the Phoenix ICE office for further investigation and processing. Arvizu-Otero was held in administrative custody until his criminal and immigration records could be obtained and his identity confirmed.

3. Immigration history checks revealed Francisco Javier Arvizu-Otero to be a citizen of Mexico and a previously deported criminal alien. Arvizu-Otero was removed from the

1

United States to Mexico at or near Del Rio, Texas, on or about January 26, 2017, pursuant to the reinstatement of an order of removal issued by an immigration judge. There is no record of Arvizu-Otero in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to return to the United States after his removal. Arvizu-Otero's immigration history was matched to him by electronic fingerprint comparison.

4. Criminal history checks revealed that Francisco Javier Arvizu-Otero was convicted of Illegal Reentry, and Unlawful Use of a Means of Identification, both felony offenses, on January 12, 2017, in the United States District Court, District of Idaho. Arvizu-Otero was sentenced to time served. Arvizu-Otero's criminal history was matched to him by electronic fingerprint comparison.

5. On September 6, 2017, Francisco Javier Arvizu-Otero was advised of his constitutional rights. Arvizu-Otero freely and willingly acknowledged his rights and declined to make any further statements.

6. For these reasons, this affiant submits that there is probable cause to believe that on or about September 6, 2017, Francisco Javier Arvizu-Otero, an alien, was found in the United States of America, at or near Wickenburg, in the District of Arizona, after having been previously denied admission, excluded, deported, and removed from the United States at or near Del Rio, Texas, on or about January 26, 2017, and not having

obtained the express consent of the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8, United States Code, Section 1326(a), and enhanced by (b)(1).

Gilbert V. Longoria,
Deportation Officer,
Immigration and Customs Enforcement

Sworn to and subscribed before me
this 7th day of September, 2017.

John Z. Boyle,
United States Magistrate Judge